IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

McQuirter, Lindsey Nicole,
    Debtor(s)

U.S. Bank, N. A.,
    Movant.

Bankruptcy Case No: 08-13577-WSS

_____
Name of Creditor or Claimant, if Different from Movant

## FACT SUMMARY FOR MOTION FOR RELIEF FROM AUTOMATIC STAY TO FORECLOSE SECURITY AND LEASEHOLD INTERESTS IN CHAPTER 7 AND CHAPTER 13 CASES

Date and Type of Loan/Credit Transaction: 10/17/2006 and Note and Mortgage
Type of Collateral: 2010 Steiner St. Mobile, AL 36605    Monthly Payment: $536.16
Amount Financed: $61,777    APR or Interest Rate: 6.75%
Term of Loan: _____ Months or 30 Years
Payoff Amount: $61,545.45    As of 10/08/2010
Value of Collateral: $68,000    Method of Valuation: Debtor's Schedules

Delinquent Pre-Petition Payments:
    What Month(s)? 08/08-09/08
    Amount: $1119.52
    Claim Filed? X Yes or ___ No
    Date Claim Filed: 10/29/2008

Delinquent Post-Petition Payments:
    What Month(s)? 06/10-10/10
    Amount: $2,680.80
    Claim Filed? ___ Yes or X No
    Date Claim Filed: _____
    Other Charges & Costs (itemize) Late Charges - $80.12; Admin Fees - $0; Property Inspection Fees - $150.00; Bankruptcy Attorney Fees - $500.00; Bankruptcy Filing Fees - $150.00

Amount & Number of Post-Petition Payments Received: $10,297.50 and 19 transactions
Amount held in Suspense: $0.63

If Lease, Lease Expiration Date: N/A    N/A
If Terminated, Lease Termination Date: N/A

Does Creditor have Proof of Insurance in force: ___ Yes ___ No X Unknown

Prior Stay Order(s) Involving Movant Including Current Case: ___ Yes X No
    If yes, give case number(s) and date(s) of order(s):
    Case No.: _____ Date: _____
    Case No.: _____ Date: _____
    Case No.: _____ Date: _____

Date: 11/5/10    Submitted by: /s/ Susannah R. Walker
                                    (Signature)